```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 12325
   JEFFERY A BURMEISTER
   STACEY D BURMEISTER                        CHAPTER 13

                                              JUDGE: BRUCE W BLACK
         Debtor
  SSN XXX-XX-7555      SSN XXX-XX-1949

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 07/11/07 .

   2.  The case was dismissed without confirmation, 08/31/2007.

------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                          PAID        PAID
------------------------------------------------------------------------

       Summary of disbursements:
------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------
TOTAL CLMS ALLOWED     .00        .00         .00         .00         .00
PRINCIPAL PAID         .00        .00         .00         .00         .00
INTEREST PAID          .00        .00         .00         .00         .00
TOTAL PAID             .00        .00         .00         .00         .00
The Debtor's attorney, LESLEY A HOENIG               , was allowed $    .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




     Dated: 11/16/07                  /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE
```

```
                              PAGE   2
     CASE NO. 07 B 12325 JEFFERY A BURMEISTER & STACEY D BURMEISTER
```